IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. **1:21-bk-12365** |
| | | Chapter 13 |
| **Alisha Danielle Comer** | : | |
| | | Judge Jeffery P. Hopkins |
| | : | |
| Debtor. | | **NOTICE TO PROCEED UNDER 11** |
| | : | **U.S.C. CHAPTER 7** |

Now comes the Debtor, by and through counsel, and gives notice of the conversion of this case, previously filed under 11 U.S.C. Chapter 13, to one under 11 U.S.C. Chapter 7.

**/s/ Daniel S. Zegarski**

Daniel S. Zegarski (0065562)
STEIDEN LAW OFFICES
411 Madison Avenue
Covington, KY 41011
(513) 888-8888
(859) 800-3299  (Facsimile)
dzegarski@steidenlaw.com

**/s/ Alisha Comer**               **November 11, 2021**

Alisha Comer                       Date

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice to Proceed under 11 U.S.C. Chapter 7 was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court, and (ii) by first class mail on **November 16, 2021**, addressed to:

Alisha Comer, 14 Montgomery Way #9, Amelia, OH 45102

                        **/s/ Daniel S. Zegarski**

                        Daniel S. Zegarski (0065562)
                        STEIDEN LAW OFFICES
                        411 Madison Avenue
                        Covington, KY 41011
                        (513) 888-8888
                        (859) 800-3299 (Facsimile)
                        dzegarski@steidenlaw.com